UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lacey Shalleen Laudenslager,                               Case No. 3:22-cv-2315

          Plaintiff,

    v.                                                                          MEMORANDUM OPINION
                                                                                               AND ORDER

Commissioner of Social Security,

          Defendant.

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Thomas M. Parker filed on September 12, 2023.  (Doc. No. 14).  As Judge Parker correctly stated in the R & R,

> Within 14 days after being served with a copy of this report and recommendation, a party may serve and file specific written objections to the proposed findings and recommendations of the magistrate judge.  Rule 72(b)(2), Federal Rules of Civil Procedure; *see also* 28 U.S.C. § 636(b)(1); Local Rule 72.3(b).  Properly asserted objections shall be reviewed de novo by the assigned district judge.
> \* \* \*
> Failure to file objections within the specified time may result in the forfeiture or waiver of the right to raise the issue on appeal either to the district judge or in a subsequent appeal to the United States Court of Appeals, depending on how or whether the party responds to the report and recommendation.  *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).

(*Id.* at 32).

The fourteen-day window for objections has closed, and no objections have been filed.  By declining to filed objections, Plaintiff has indicated that she does not seek a "de novo determination" of any portion of the R & R.  28 U.S.C. § 636(b)(1).  Therefore, I will perform no

such review. Instead, I adopt Judge Parker's recommendation that the Commissioner's decision be affirmed and close this case.

So Ordered.

s/ Jeffrey J. Helmick<br>United States District Judge